UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
GMA ACCESSORIES, INC.,                             :
:
                      Plaintiff,    :
:      21-cv-11156 (VSB)
         -against-                              :
:      **ORDER**
DANBAR COOL THINGS, INC.,                          :
:
                  Defendant.    :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Per my instructions at the March 10, 2022 status conference, it is hereby:

      ORDERED that the parties submit their proposed protective order on or before March 17, 2022. If the parties cannot reach an agreement on an order, they are directed to submit their separate proposed orders as one document and identify which order each party proposes. It is further ordered that, if the parties cannot reach an agreement, they submit a joint letter of no more than three (3) pages on that same date identifying the disputes.

SO ORDERED.

Dated: March 11, 2022
       New York, New York

                                                                  Vernon S. Broderick
                                                                  United States District Judge