UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GMA ACCESSORIES, INC.,

                                  **FINAL JUDGMENT**

            Plaintiff,

   - against -                             Civil Action No.: 21-11156 (VSB)(JLC)

DANBAR COOL THINGS, INC.,

            Defendant.
-----------------------------------------------------------x

        Plaintiff GMA Accessories, Inc. having filed a Complaint against Defendant DANBAR COOL THINGS, INC. asserting claims for copyright infringement of designs copyrighted as HEART TYE DYE [Dkt. No. 1-1] and COOL CAMO [Dkt. No. 1-2], and the parties, having agreed upon a resolution of this matter prior to a trial on the merits, and having entered into a Settlement Agreement for that purpose; and such Settlement Agreement providing for, *inter alia*, the entry of a Final Judgment on Consent; and for good cause shown; it is,

        ORDERED and ADJUGED that DANBAR COOL THINGS, INC, together with its officers, agents, servants, employees, and those persons in active concert with them (with the exception of retail stores that purchased products from Defendant prior to the date of this Judgment) (the "Enjoined Parties"), are hereby permanently enjoined and restrained from advertising, promoting, marketing, selling, offering for sale, distributing, disposing of, leasing, transferring, displaying, reproducing, developing, advertising or promoting any products that display, contain or incorporate any design that infringes the HEART TYE DYE or COOL CAMO designs, except that the Enjoined Parties are neither restrained nor enjoined as to any other heart or camouflage design that does not infringe the HEART TYE DYE design or COOL CAMO design, respectively.

Dated:  New York, New York
         July 2, 2022

*John Bostany*
_____
John P. Bostany
The Bostany Law Firm PLLC
3 World Financial Center- 24th Fl
New York, New York 10281

_____
Sam Eichner
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY  10019

*Attorneys for Plaintiff*

*Attorneys for Defendant*

          SO ORDERED

Dated:  July__6__, 2022
         New York, New York

*Vernon Broderick*
  VERNON S. BRODERICK
   United States District Judge